IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE SHAVON MYERS | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 11-7110 |

## O R D E R

AND NOW, this 27th day of November, 2012, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The decision of the Commissioner is AFFIRMED.

_s/Thomas N. O'Neill, Jr._
THOMAS N. O'NEILL, JR.,     J.